IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Garron Ladon Norris, a/k/a Garron L. Norris, | ) | C/A No.: 1:10-846-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| Captain Harold Crocker, Sgt. Terry Blackwell, Pt. Joe Bolin, Pt. Dennis, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed this action, which is construed as alleging violations of 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on October 7, 2010. [Entry #24]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on October 7, 2010, advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #25]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending the case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion.

On February 2, 2011, the court ordered Plaintiff to advise whether he wished to continue with the case by February 16, 2011. [Entry #29]. Plaintiff has filed no response. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be

dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

February 17, 2011                       Shiva V. Hodges
Florence, South Carolina            United States Magistrate Judge

2